S91A1360. GARNER v. THE STATE.

(414 SE2d 231)

WELTNER, Presiding Justice.

William Everett Garner shot and killed Rosalind Ann Willingham with a handgun. He was indicted for malice murder; felony murder while in the commission of the offense of aggravated assault by causing the death of Willingham by shooting her with a handgun; possession of a firearm during the commission of a crime; and possession of a firearm by a convicted felon. Garner was convicted of felony murder, possession of a firearm during the commission of a crime, and possession of a firearm by a convicted felon. He was sentenced to life imprisonment and a term of years.[1]

We have reviewed Garner's claims of error. We hold that the evidence is sufficient under *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979); and there was no error in the trial of the case that warrants a new trial, or other substantial relief.

---

[1] The homicide occurred on January 19, 1991. Garner was indicted on March 18, 1991. He was convicted by the jury on May 23, 1991, and sentenced on that date. A notice of appeal was filed on June 21, 1991, which was docketed on July 19, 1991. The appeal was submitted without oral argument on August 30, 1991.

*Judgment affirmed. Clarke, C. J., Bell, Hunt, Benham and Fletcher, JJ., concur.*

DECIDED FEBRUARY 13, 1992.

*John H. Tarpley, Sr., John D. McCord III,* for appellant.
*Robert E. Wilson, District Attorney, Barbara B. Conroy, J. Thomas Morgan III, Assistant District Attorneys, Michael J. Bowers, Attorney General, Robert D. McCullers, Staff Attorney,* for appellee.